UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
COLONY INSURANCE COMPANY,

                Plaintiff,                Civil Case No.:
                                                          1:22-cv-04424-WFK-CLP

           -against-               **STIPULATION OF**
                                                          **DISCONTINUANCE**
                                                           **<u>WITHOUT PREJUDICE</u>**

MT. HAWLEY INSURANCE COMPANY and
RAFAEL PERALTA

                Defendant.
---------------------------------------------------------------x

      The undersigned representing all of the parties who have appeared in the above-captioned action hereby stipulate and agree that pursuant to FCRP 41(a)(1)(A)(ii), this action in all respects be discontinued without prejudice, and this Stipulation may be filed with the Court.

      It is further stipulated and agreed, that this Stipulation may be filed with the Court without further notice.

Dated: New York, New York
       May 19, 2023

| LONDON FISCHER LLP | THE CHARTWELL LAW OFFICES LLP |
|---|---|
| By: /s/ William J. Edwins | By: /s/ Matthew Kraus |
| William J. Edwins, Esq. | Matthew Kraus, Esq. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Colony Insurance Company | Mt. Hawley Insurance Company |
| 59 Maiden Lane, 39th Floor | One Battery Park Plaza, 35th Floor |
| New York, New York 10038 | New York, NY 10004 |
| (212) 331-9456 | (212) 968-2300 |