UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
COLONY INSURANCE COMPANY,

                      Plaintiff,

                -against-

MT. HAWLEY INSURANCE COMPANY and
RAFAEL PERALTA

                      Defendant.
-------------------------------------------------------------x
MT. HAWLEY INSURANCE COMPANY,

                      Third-Party Plaintiff,

              -against-

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

                      Third-Party Defendant.
-------------------------------------------------------------x

Civil Case No.:
1:22-cv-04424-WFK-CLP

**STIPULATION OF**
**DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, the above-entitled third-party action is hereby discontinued in its entirety without prejudice as to third-party defendant Travelers Casualty Insurance Company of America pursuant to FCRP 41(a)(1)(A)(i).

Dated: New York, New York
       August 17, 2023

CHARTWELL LAW, LLP

By: _____
Matthew Kraus (0621)
Attorneys for Mt. Hawley Insurance Company
One Battery Park Plaza, 35th Floor
New York, NY 10004
(212) 968-2300

**SO ORDERED.**

s/ WFK

Dated: August 18, 2023
    Brooklyn, New York

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE